# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JNAE SHERRELL WILLIAMS,** Special Administrator of the Estate of Zyleik Donterio Gladney, Jr., deceased, <br><br> Plaintiffs, <br><br> vs. <br> **SHAWNEE HEALTH SERVICE AND DEVELOPMENT CORPORATION, SOUTHERN ILLINOIS HOSPITAL SERVICES,** and **MEGAN WALKER, DNP, LNM,** <br><br> Defendants. | Case No. 3:23-CV-3333-MAB[1] |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on December 22, 2023, which reflects Plaintiff's voluntary dismissal of this case, this matter is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear their own costs, attorneys' fees, and expenses.

DATED: December 22, 2023

                                                  **MONICA A. STUMP,**
                                                  **Clerk of Court**

                                                  BY:  /s/ Jennifer Jones
                                                              **Deputy Clerk**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 15).

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**